DANIEL G. BOGDEN
United States Attorney
PATRICK BURNS
Assistant United States Attorney
Nevada State Bar #: 11779
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336 / FAX: (702) 388-6418
John.P.Burns@usdoj.gov

Attorney for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No.: 2:17-cr-00001-KJD-CWH |
| UNITED STATES OF AMERICA, | [UNDER SEAL] |
| Plaintiff, | ORDER ON GOVERNMENT'S EMERGENCY EX PARTE MOTION TO UNSEAL CASE |
| vs. | |
| LUCAS COELHO PAIVA REGO, a/k/a "Bruno Rodrigues," a/k/a "Lucas Rego," et al., | |

This matter coming on the Government's Emergency Ex parte Motion to Unseal Case, the premises therein having been considered, and good cause showing, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the above referenced case, shall be, and is, unsealed.

DATED this 3rd day of Feb, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4