**STIP**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
MICHAEL N. AISEN, ESQ.
Nevada State Bar No. 11036
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-CR-00001-JAD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| LUCAS COELHO PAIVA REGO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant LUCAS COELHO PAIVA REGO, by and through his counsel, ADAM L. GILL, ESQ. and MICHAEL N. AISEN, ESQ., of AISEN, GILL & ASSOCIATES, and the United States of America, by its counsel, PATRICK BURNS, Assistant United States Attorney, that the Sentencing in the above-captioned matter currently set for September 10, 2018 at 11:00 a.m. be continued to at least 90 days.

This stipulation is entered for the following reasons:

1. Mr. Gill and Mr. Burns have spoken and there are outstanding sentencing issues.

2. Mr. Coelho-Paiva Rego is in custody and agrees with this continuance.

3. Mr. Gill has spoken to Patrick Burns, Assistant United States Attorney, and has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh the best interest of the public and the defendant in sentencing.

DATED this 9th day of August, 2018.

/s/Adam L. Gill
ADAM L. GILL, ESQ
Counsel for Defendant
Lucas Coelho Paiva Rego

/s/Patrick J. Burns
PATRICK BURNS
Assistant Unites States Attorney
Counsel for the United States

**FOF**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
MICHAEL N. AISEN, ESQ.
Nevada State Bar No. 11036
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUCAS COELHO PAIVA REGO,<br><br>Defendant. | Case No: 2:17-CR-00001-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING** |

## FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Mr. Gill and Mr. Burns have spoken and there are outstanding sentencing issues

2. Mr. Coelho-Paiva Rego is in custody and agreed with this continuance.

3. Mr. Gill has spoken to Patrick Burns, Assistant United States Attorney, and has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

///
///
///
///
///
///

5. In addition, the continuance sought is not for delay and then ends of justice are in fact served by the granting of such continuance which outweigh the best interest of the public and the Defendant in sentencing.

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for September 10, 2018, at the hour of 11:00 a.m., be vacated and continued December 10, 2018, at the hour of 9:00 a.m.

DATED this 10th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE