JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>REGO *et al.*,<br><br>            Defendants. | 2:17-CR-001-JAD-DJA<br><br>**ORDER Granting Motion to Withdraw as Forfeiture Attorney**<br><br>ECF No. 786 |

Under LR IA 11-6(b), the United States moves this Court to allow James A. Blum to withdraw as forfeiture attorney of record for the United States of America because he is no longer with the United States Attorney's Office, District of Nevada, and should be terminated from further notification of this Court's CM/ECF system.

Dated: October 31, 2022.

JASON M. FRIERSON
United States Attorney

 */s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 11/4/2022 _____